# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BRADLEY EDWIN ROEMER**                                          **PLAINTIFF**
**#304**

**V.**                      **NO. 4:25-cv-00575-JM-ERE**

**HOPKINS**                                                     **DEFENDANT**

## RECOMMENDED DISPOSITION

### I. Procedure for Filing Objections

This Recommended Disposition ("RD") has been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this RD. Your objections must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this RD. If you do not object, you risk waiving the right to appeal questions of fact and Judge Moody can adopt this RD without independently reviewing the record.

### II. Background

On June 11, 2025, *pro se* plaintiff Bradley Edwin Roemer, formerly an inmate at the Faulkner County Detention Center, filed this civil rights lawsuit under 42 U.S.C. § 1983. *Doc. 2*.

On June 27, 2025, mail sent to Mr. Roemer from the Court was returned as undeliverable. *Doc. 4*.

On June 30, 2025, the Court ordered Mr. Roemer to notify the Court of his current address within 30 days or risk dismissal of his claims. *Doc. 5*. To date, he has not responded to the Court's June 30 Order, and the time to do so has passed.

Mr. Roemer has failed to inform the Court of his current address, as required by this Court's Initial Order (*Doc. 3*) and Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Mr. Roemer regarding his lawsuit.

### III. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Roemer's claims be DISMISSED, without prejudice, based on his failure to: (1) comply with this Court's Initial Order and Local Rule 5.5(c)(2); (2) respond to the Court's June 30 Order; (3) update his address; and (4) prosecute this lawsuit.

2. The Clerk be instructed to close this case.

DATED 4 August 2025.

_____
UNITED STATES MAGISTRATE JUDGE