# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BRADLEY EDWIN ROEMER**                                                 **PLAINTIFF**
**#304**

**V.**                       **NO. 4:25-cv-00575-JM**

**HOPKINS**                                                                 **DEFENDANT**

## **ORDER**

The Court has received a Recommendation for dismissal filed by Magistrate Judge Edie R. Ervin. The parties have not filed objections, and the time to do so has expired. After careful review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Roemer's complaint is DISMISSED, without prejudice, based on his failure to: (1) comply with this Court's Initial Order and Local Rule 5.5(c)(2); (2) respond to the Court's June 30, 2025 Order; (3) update his address; and (4) prosecute this lawsuit.

The Clerk is instructed to close this case.

IT IS SO ORDERED, this 26th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE